UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| QIANCHENG ZHAO,<br><br>      *Petitioner*,<br><br>v.<br><br>WARDEN OF THE ERO EL PASO<br>EAST MONTANA;<br>TODD LYONS,<br>*Acting Director of Immigration and Customs Enforcement*;<br>MARKWAYNE MULLIN,<br>*Secretary of the U.S. Department of Homeland Security*; **and**<br>PAMELA BONDI,<br>*Attorney General of the United States*,<br><br>      *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      EP-25-CV-00635-DCG |

ORDER SUBSTITUTING RESPONDENT

Now that Markwayne Mullin has succeeded Kristi Noem as the Secretary of the Department of Homeland Security, the Court **DIRECTS** the Clerk of Court to **SUBSTITUTE** Secretary Mullin in Former Secretary Noem's place as a Respondent in the above-captioned case.[1]

**So ORDERED and SIGNED this 26th day of March 2026.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[1] *Compare* Pet., ECF No. 1, at 4 ("Respondent Kristi Noem is sued in her official capacity as the Secretary of the U.S. Department of Homeland Security."), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

- 1 -